**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY TATE,<br><br>          Plaintiff,<br><br>   v.<br><br>CALIFORNIA APPELLATE ATTORNEYS,<br>et al.,<br><br>          Defendants.<br>_____/ | No. C 14-0080 NC (PR)<br><br>**ORDER OF DISMISSAL** |

     Plaintiff, a California inmate on death row at San Quentin State Prison, filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983, complaining that the California process for reviewing capital convictions and sentences is unlawfully slow and inadequate. On March 13, 2014, the Court dismissed the complaint with leave to amend, explaining the deficiencies in the complaint that needed to be cured. The Court directed plaintiff to file an amended complaint within twenty-eight days. Plaintiff was cautioned that his failure to do so would result in the dismissal of this action.

     More than twenty-eight days have passed, and plaintiff has not filed an amended complaint or otherwise communicated with the Court. Accordingly, the action is DISMISSED without prejudice.

     The Clerk is directed to enter judgment and close the file.

     IT IS SO ORDERED.

DATED: April 21, 2014

                                                    NATHANAEL M. COUSINS
                                                    United States Magistrate